FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2023

No. 04-22-00768-CV

**IN THE INTEREST OF L.S.R., J.A.L., AND P.L.**, Children

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02034
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

This is an accelerated appeal from a final order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2. The appellees' brief was due on February 6, 2023. However, the appellees have filed a motion requesting an extension of time to file the appellees' brief. The motion is GRANTED. The appellees' brief is due on or before **February 27, 2023**.

**Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.**

It is so **ORDERED** on February 15, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT